# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| Subject: | *United States v. Euan David MacGregor fka David Joseph Bean* Case No. 2:24-CR-207 JAM | Date: | **July 9, 2024** |
| To: | **M York, Courtroom Deputy to the Honorable John A. Mendez** | From: | **Shelley D. Weger Assistant United States Attorney U.S. Attorney's Office Eastern District of California 501 I Street, Suite 10-100 Sacramento, California 95814 Telephone: (916) 554-2700** |

On July 2, 2024, the United States filed an Information charging Defendant Euan David MacGregor, formerly known as David Joseph Bean (hereinafter Defendant), with one count of wire fraud, in violation 18 U.S.C. § 1343.  ECF No. 1.  Prior to the filing of this Information, the United States and Defendant, through his counsel, negotiated the terms of a written plea agreement.  Pursuant to the plea agreement, Defendant has agreed, among other things, to plead guilty to the sole count in the Information and waive prosecution by indictment.

On July 8, 2024, the United States filed a memorandum asking to set this matter for a change of plea hearing on August 6, 2024, and arraignment on the Information and waiver of indictment on August 5, 2024.  ECF No. 4.  The Court subsequently informed government counsel that all matters scheduled for August 6, 2024, will be moved to the Court's August 20, 2024, calendar.

Accordingly, the United States now, after conferring with defense counsel, requests that this matter be placed on the Court's calendar on Tuesday, August 20, 2024, at 9:00 a.m., before the Honorable John A. Mendez, Senior United States District Court Judge, Courtroom 6, 14th floor, for a change of plea hearing.

The United States further requests that this matter be placed on the duty magistrate judge's 2:00 p.m. calendar on Monday, August 19, 2024, for arraignment on the Information and waiver of indictment.  Currently, the Honorable Allison Claire is scheduled for duty that day.

Thank you for your assistance.  Please contact me at 915-554-2782, if you have any questions.

cc: Paul Strickland, Counsel for Defendant Euan David MacGregor
    Jonathan Anderson, Courtroom Deputy for the Honorable Allison Claire