PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUAN DAVID MACGREGOR,<br>    fka DAVID JOSEPH BEAN<br><br>Defendant. | CASE NO. 2:24-CR-00207 JAM AC<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; [~~PROPOSED~~] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Shelley D. Weger, and defendant, by and through defendant's counsel of record, Paul Strickland, hereby stipulate as follows:

1. By previous order, defendant Euan MacGregor was released on pretrial conditions. ECF No. 9.

2. After his initial appearance on August 19, 2024, defendant MacGregor was interviewed by Pretrial Services. After completing the PS2 background packet with defendant MacGregor, Pretrial Services recommended that special condition of release number 6 be modified and that two additional conditions be added to the defendant's special release conditions.

3. Neither party has any objection to Pretrial Services' proposed modifications to the conditions of release. Accordingly, the parties stipulate to modify the conditions set forth in ECF No. 9,

as follows:

    a)    Condition 6 currently states, "You must refrain from excessive use of alcohol." The parties stipulate to modify condition 6 so that it states, "You must refrain from any use of alcohol";

    b)    The parties further stipulate to add the following two additional conditions of release:

        1)    You must submit to alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer; and

        2)    You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO STIPULATED.

Dated: August 20, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: August 20, 2024

/s/ PAUL STRICKLAND
PAUL STRICKLAND
Counsel for Defendant
EUAN DAVID MACGREGOR

///

///

///

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the above stipulation to modify defendant Euan David MacGregor's conditions of release is hereby accepted and adopted as the order of this Court. All other orders remain in full force and effect.

IT IS SO FOUND AND ORDERED this 21st day of August, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE