LINDA C. HARTER, #179741
633 3rd Street,
Woodland, CA 95695
Cell: 530-574-0707
lindaharter007@gmail.com


Attorney for Defendant
EUAN MACGREGOR


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00207-JAM |
| Plaintiff, | **ORDER TO CONTINUE SENTENCING HEARING** |
| v. | DATE: January 21, 2025 |
| EUAN DAVID MACGREGOR, | TIME: 9:00 AM. |
| Defendant. | JUDGE: Hon. John A. Mendez |

Upon consideration of Defendant Macgregor's unopposed motion to continue (ECF No. 27), IT IS HEREBY ORDERED that the motion is **GRANTED** and the sentencing set for January 21, 2025, is hereby **VACATED** and **RESET** for **March 11, 2025, at 9:00 a.m.**

IT IS SO ORDERED.


Dated: January 15, 2025          /s/ John A. Mendez
                                 _____
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE


*Order on Motion to Continue*          -1-          *U.S. v. Macgregor*, 2:24-cr-207-JAM